# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN M. STUBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-0399-F |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of Defendant Commissioner's final decision denying plaintiff's application for disability insurance benefits under the Social Security Act. The Report and Recommendation of Magistrate Judge Suzanne Mitchell, doc. no. 22, recommends affirming the decision of the Commissioner denying benefits. Plaintiff objects to the Report, and his objections are reviewed *de novo*. Doc. no. 23. *See*, 28 U.S.C. § 636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made). The Commissioner has filed a reply brief. Doc. no. 24.

Having carefully considered plaintiff's objections, the court finds that it agrees with the Magistrate Judge's analysis and conclusions, that no purpose would be served by setting out further analysis here, and that the Report should be adopted.

The Report and Recommendation of Magistrate Judge Mitchell is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of the Social Security Administration denying benefits is **AFFIRMED**.

Dated this 10th day of August, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0399p002.wpd